UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X

U.S. Bank National Association, as Trustee
for Certificateholders of Bear Stearns Asset
Backed Securities I LLC Asset Backed
Certificates, Series 2005-AC6,
    Plaintiff,

v.                              CIVIL ACTION NO. 22-CV-10031-WGY

Virginia Duplessis a/k/a Virginia Stoll,
Jean Y. Duplessis, and Any and All
Occupants,
    Defendants.
_____X

## CONSENT JUDGMENT AND STIPULATION
## OF DISMISSAL OF COUNTERCLAIMS

NOW COME the Plaintiff, U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-AC6 ("U.S. Bank"), and the answering Defendant, Jean Y. Duplessis ("Defendant")(U.S. Bank and the Defendant are collectively referred to as the "Parties"), by and through their respective counsel of record, and do hereby agree to allow Judgment to enter in favor of U.S. Bank on each of its claims asserted in this action and further stipulate to the dismissal of the Defendant's counterclaims against the Plaintiff as follows:

1. This Consent Judgment presented to the court for approval is hereby approved; and further that,

2. Judgment on Count I of the Complaint shall enter this day in favor of U.S. Bank on its claim under the Servicemembers Civil Relief Act declaring that the Defendant is neither on active duty with the United States Military nor otherwise entitled to the benefits of the Act; and further that,

3. Judgment on Count II of the Complaint shall enter this day in favor of U.S. Bank on its claim for a Conditional Judgment declaring that U.S. Bank is entitled to foreclose the Duplessis Mortgage Loan as a result of the Defendants' default thereunder; and further that,

4. Judgment on Count III of the Complaint shall enter this day in favor of U.S. Bank on its claim for Foreclosure by Exercise of the Statutory Power of Sale;

5. U.S. Bank is authorized to foreclose the Duplessis Mortgage Loan by sale of the Property pursuant to the statutory power of sale found at G.L. c. 183, § 21 and incorporated into the Duplessis Mortgage Contract;

6. Judgment on Count IV of the Complaint shall enter this day in favor of U.S. Bank on its claim for the Appointment of a Receiver to collect rents and manage the Property;

7. The Defendant's counterclaims asserted in this action against U.S. Bank shall be dismissed with prejudice.

Dated: January 26, 2023

U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-AC6
By its Attorneys,

/s/Brian C. Linehan
Brian C. Linehan, Esq. (BBO #690437)
Reneau J. Longoria, Esq. (BBO #635118)
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
Tel. (978) 921-2670
bl@dgandl.com

Settlement Agreement.
U.S. Bank Trust, N.A., as Trustee v. Jean Y. Duplessis, et al
Civil Action No. 22-CV-10031-WGY

Page 12 of 17

Dated: November 30TH, 2022

Jean Y. Duplessis
By his Attorney, *David G Baker*

/s/ *Jean Duplessis*

David G. Baker, Esq. (BBO #634889)
236 Huntington Avenue, Suite 317
Boston, MA 02115
Tel. (617) 367-4260
david@bostonbankruptcy.org

SO ORDERED:

Dated: January 30, 2023

/s/William G. Young

———————————————

William G. Young
United States District Judge